# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AARON HIRSCH, individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 4:18-cv-245-Y |
| USHEALTH ADVISORS, LLC and USHEALTH GROUP, INC., | : <br> : <br> : <br> : |
| Defendants. | : |

## PLAINTIFF/COUNTERCLAIM DEFENDANT'S
## MOTION TO DISMISS COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), Plaintiff-Counterclaim Defendant Aaron Hirsch ("Plaintiff") respectfully moves to dismiss the Counterclaims (Dkt. 43) filed by Defendant-Counterclaim Plaintiff USHealth Advisors, LLC ("USHA") and USHealth Group, Inc.'s ("USHG") (collectively, "USHealth").[1] For the all of the reasons set forth in the accompanying memorandum of law filed in support of this Motion, Plaintiff respectfully requests that this Court dismiss Defendants' Counterclaims with prejudice, and award Plaintiff attorney fees and costs against Defendants for their vexatious filing that has led to wasteful motion practice.

A proposed form of Order is submitted herewith.

---

[1] For clarity, Aaron Hirsch is identified in both the operative Amended Class Action Complaint (Dkt. 42) and Defendants' Answer and Counterclaim thereto (Dkt. 43) as the "Plaintiff", and USHealth as the "Defendants."

Dated:  May 10, 2019                             Respectfully submitted,

*/s/ Max Maccoby*

Max F. Maccoby
WASHINGTON GLOBAL LAW GROUP PLLC
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
Telephone:  (202) 248-5439
Facsimile:   (202) 580-6559
maccoby@washglobal-law.com

Michael Dell'Angelo
Lane L. Vines
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604
mdellangelo@bm.net
lvines@bm.net

Warren T. Burns, Texas Bar No. 24053119
Daniel Charest, Texas Bar No. 24057803
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX  75202
Telephone:  (469) 904.4550
Facsimile:  (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

*Attorneys for Plaintiff and Proposed Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2019, I electronically filed the foregoing PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered on the CM/ECF system for this matter.

                                        */s/ Max Maccoby*
                                        Max Maccoby