IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AARON HIRSCH, individually and on behalf of all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> USHEALTH ADVISORS, LLC and : <br> USHEALTH GROUP, INC., : <br> : <br> Defendants. : | Civil Action No. 4:18-cv-245-Y |

### [PROPOSED] ORDER GRANTING PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS

THIS CAUSE having come before the Court on Plaintiff/Counterclaim Defendant's Motion to Dismiss Counterclaims, and the Court having reviewed the Motion and all papers filed in support and opposition thereto, and being otherwise duly advised, it is hereby ORDERED and ADJUDGED:

The Motion to Dismiss Counterclaims is GRANTED with prejudice.

DONE AND ORDERED in Chambers this _____ day of _____ 2019.

---
HON. TERRY R. MEANS
SENIOR UNITED STATES DISTRICT JUDGE