## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS (FORT WORTH)

| | |
|---|---|
| AARON HIRSCH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>USHEALTH ADVISORS, LLC and USHEALTH GROUP, INC.,<br><br>　　　　Defendants. | **CASE NO.:** 4:18-cv-00245-P<br><br>**CLASS ACTION** |

## DEFENDANTS' MOTION STRIKE THE
## REPORTS AND TESTIMONY OF ANYA VERKHOVSKAYA

Defendants USHEALTH Advisors, LLC ("USHA") and USHEALTH Group, Inc. ("USHG"), pursuant to Federal Rule of Evidence 702, hereby move to strike the reports and testimony of Plaintiffs' proposed expert witness Anya Verkhovskaya, and in support thereof respectfully refer the Court to the contemporaneously filed Memorandum of Law in Support of this Motion setting forth the grounds and law supporting the requested relief.

WHEREFORE, for the foregoing reasons, Defendants USHEALTH Advisors, LLC and USHEALTH Group, Inc. request that the Court grant Defendants' Motion to Strike the Reports and Testimony of Anya Verkhovskaya and for all other relief the Court deems just and appropriate.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, counsel for Defendants conferred with counsel for Plaintiff, Lane Vines, on August 17, 2020, via email. Mr. Vines advised that Plaintiff opposes this Motion.

Dated: August 17, 2020　　　　　　　　　　　　　GREENSPOON MARDER LLP

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Jeffrey A. Backman*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. BACKMAN

Florida Bar No. 662501 (*pro hac vice*)
Gregg I. Strock
Florida Bar No. 1010140 (*pro hac vice*)
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
**Greenspoon Marder, LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120; Fax: (954) 213-0140

Daniel L. Bates
State Bar No. 01899900
dbates@deckerjones.com
**DECKER JONES, P.C.**
801 Cherry Street, Unit #46
Burnett Plaza, Suite 2000
Fort Worth, Texas 76102
(817) 336-2400
(817) 336-2181 (Fax)

**ATTORNEYS FOR DEFENDANTS,**
***USHEALTH ADVISORS, LLC and***
***USHEALTH GROUP, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, a true and correct copy of the foregoing document was served upon counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/Jeffrey A. Backman*
JEFFREY A. BACKMAN