IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AARON HIRSCH, ET AL., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00245-P |
| USHEALTH ADVISORS, LLC, ET AL., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Motion to Strike the Reports and Testimony of Anya Verkhovskaya. ECF 288. Having reviewed the motion, any responses and replies, and the papers on file, the Court finds the motion should be and hereby is **DENIED**.

**SO ORDERED** on this **7th day** of **December, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE