IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AARON HIRSCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>USHEALTH ADVISORS, LLC and USHEALTH GROUP, INC.,<br><br>    Defendants. | §<br>§<br>§<br>§  Civil Action No. 4:18-cv-00245-P<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF STIPULATION OF DISMISSAL

The Plaintiff Aaron Hirsch, and Defendants, USHEALTH Advisors, LLC and USHEALTH Group, Inc. ("Defendants"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Hirsch's claims against Defendants and Defendants' Counterclaims. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

The undersigned counsel for Defendants authorized their electronic signature below to be affixed to this Notice that is being filed via the Court's ECF system.

Dated:  December 28, 2020                                      Respectfully submitted,

/s/  *Michael Dell'Angelo*                                     /s/  *Jeffrey A. Backman*
Michael Dell'Angelo                                            Jeffrey A. Backman
Lane L. Vines                                                  Florida Bar No. 662501
BERGER MONTAGUE PC                                             Admitted *Pro Hac Vice*
1818 Market Street, Suite 3600                                 GREENSPOON MARDER, LLP
Philadelphia, PA 19103                                         200 East Broward Boulevard, Suite 1800
Telephone: (215) 875-3000                                      Fort Lauderdale, FL 33301
Facsimile: (215) 875-4604                                      Telephone: (954) 491-1120
mdellangelo@bm.net                                             Facsimile: (954) 213-0140
lvines@bm.net                                                  jeffrey.backman@gmlaw.com
                                                               khia.joseph@gmlaw.com
Max F. Maccoby
WASHINGTON GLOBAL LAW GROUP PLLC                               Daniel L. Bates
1701 Pennsylvania Avenue, NW, Suite 200                        Texas Bar No. 01899900
Washington, D.C. 20006                                         DECKER JONES, P.C.
Telephone: (202) 248-5439                                      801 Cherry Street, Suite 2000, Unit #46
Facsimile: (202) 580-6559                                      Fort Worth, TX 76102
maccoby@washglobal-law.com                                     Telephone: (817) 336-2400
                                                               Facsimile: (817) 336-2181
Jamshyd (Jim) M. Zadeh                                         dbates@deckerjones.com
Texas Bar No. 222239000
LAW OFFICES OF JIM ZADEH, P.C.                                 *Attorneys for Defendants-Counterclaim*
1555 Rio Grande Avenue                                         *Plaintiffs USHEALTH Advisors, LLC and*
Fort Worth, TX  76102                                          *USHEALTH Group, Inc.*
Telephone: (817) 335-5100
jim@zadehfirm.com

Warren T. Burns, Texas Bar No. 24053119
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

*Attorneys for Plaintiff-Counterclaim Defendant*
*Aaron Hirsch*